IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL PUGH,** | Case No. 3:24-cv-08260-TLT |
| Plaintiff, | **[PROPOSED] ORDER** |
| **v.** | |
| **S. SIORDIA,** | |
| Defendant. | |

Defendant S. Siordia moved this Court for a 60-day extension of the deadline to file a motion for summary judgment or other dispositive motion, up to and including April 24, 2026.

After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted.  Defendant shall file any dispositive motion on or before April 24, 2026.  Consistent with the Court's Order of Service (ECF No. 7), Plaintiff's opposition to Defendant's dispositive motion shall be filed and served no later than twenty-eight (28) days from the date Defendant's motion is filed.  Defendant shall file a reply brief no later than fourteen (14) days after Plaintiff's opposition is filed.

/ / /

/ / /

1

Absent further order, the motion will be deemed submitted as of the date the reply brief is due without a hearing.

**IT IS SO ORDERED**

Dated:   February 12, 2026

_____
The Honorable Trina L. Thompson

2

[Proposed] Order (3:24-cv-08260-TLT)